UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **DERRICK CAIN,**<br><br>            Plaintiff,<br><br>v.<br><br>**CITY OF DETROIT, ET AL.**,<br><br>            Defendants. | 2:20-cv-11099-TGB-EAS<br><br>HON. TERRENCE G. BERG<br>HON. ELIZABETH A. STAFFORD<br><br><br>**ORDER ADOPTING REPORTS AND RECOMMENDATIONS (ECF NOS. 9, 10, 17)** |

  This matter is before the Court on two Reports and Recommendations from Magistrate Judge Elizabeth A. Stafford, one dated August 10, 2021 (ECF No. 25) recommending that the Motions to Dismiss of Defendant Jane Gillis and Defendant City of Detroit (ECF Nos. 9, 10) be **DENIED**, and another dated August 11, 2021 (ECF No. 26) recommending that Defendant Magistrate Dawn White's Motion to Dismiss (ECF No. 17) be **GRANTED**.

  The Court has reviewed the Magistrate Judge's Reports and Recommendations. The law provides that either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of a report and recommendation. 28 U.S.C. § 636(b)(1).  The district court will make a "*de novo* determination of those portions of the report . . . to which objection is made."  *Id*.  Where, as here, neither party objects to

1

the report, the district court is not obligated to independently review the record. *See Thomas v. Arn*, 474 U.S. 140, 149-52 (1985). The Court will therefore accept the Magistrate's Reports and Recommendations of August 10, 2021 and August 11, 2021 as this Court's findings of fact and conclusions of law.

Accordingly, it is hereby **ORDERED** that Magistrate Judge Stafford's Report and Recommendation of August 10, 2021 is **ACCEPTED** and **ADOPTED**. It is **FURTHER ORDERED** that Magistrate Judge Stafford's Report and Recommendation of August 11, 2021 is **ACCEPTED** and **ADOPTED.**

It is **FURTHER ORDERED** that the Motions to Dismiss of Defendant Jane Gillis and Defendant City of Detroit (ECF Nos. 9, 10) be **DENIED**.

It is **FURTHER ORDERED** that Defendant Magistrate Dawn White's Motion to Dismiss (ECF No. 17) be **GRANTED**.

**SO ORDERED.**

Dated: August 31, 2021    s/Terrence G. Berg
                          TERRENCE G. BERG
                          UNITED STATES DISTRICT JUDGE