UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **DERRICK CAIN,** Plaintiff, v. **CITY OF DETROIT, ET AL.**, Defendants. | 2:20-cv-11099-TGB-EAS HON. TERRENCE G. BERG HON. ELIZABETH A. STAFFORD **JUDGMENT** |

In accordance with the Opinion and Order issued on this date, **ACCEPTING AND ADOPTING** Magistrate Judge Elizabeth A. Stafford's Report and Recommendation (ECF No. 77), judgment is entered in favor of Defendants and it is **ORDERED AND ADJUDGED** that the case is **DISMISSED WITH PREJUDICE**.

Dated at Detroit, Michigan:  January 24, 2023

KINIKIA ESSEX
CLERK OF THE COURT

s/A. Chubb
Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE